# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-62523-BLOOM/Reid

MICHAEL A. BROWN,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon a petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, by *pro se* petitioner Michael A. Brown, ECF No. [1] (the "Petition"). This case was previously referred to the Honorable Lisette M. Reid for a Report and Recommendation on all dispositive matters. *See* ECF Nos. [2] and [11]. On April 22, 2019, Judge Reid issued a Report and Recommendation recommending that the Petition be dismissed as time-barred. ECF No. [12]. On May 8, 2019, the Court granted Petitioner an extension of time until May 24, 2019 to file objections to the Report and Recommendation. ECF No. [14]. To date, Petitioner has not filed his objections.

The Court has conducted a *de novo* review of Judge Reid's Report and Recommendation and the record and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Reid's Report and Recommendation to be well reasoned and correct. The Court agrees with the analysis in Judge Reid's Report and Recommendation and concludes that the Petitioner must be **DISMISSED** for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED and ADJUDGED** as follows:

1. Magistrate Judge Reid's Report and Recommendation, **ECF No. [12]**, is **ADOPTED**;

2. Petitioner's Petition, **ECF No. [1]**, is **DISMISSED;**

3. No Certificate of Appealability shall issue;

4. The Clerk shall **CLOSE** this case.

**DONE and ORDERED** in Chambers at Miami, Florida, on May 31, 2019.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

The Honorable Lisette M. Reid

Michael A. Brown
L12549
Desoto Annex
Inmate Mail/Parcels
13617 SE Highway 70
Arcadia, FL 34266